UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAYRE, | ) Case No. 07cv0274-J(BLM) |
|           Plaintiff, | ) **ORDER REGARDING SANCTIONS** |
| v. | ) |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al., | ) |
|           Defendants. | ) |

On April 26, 2007, Plaintiff Paul Sayre and his attorney, Jennifer Lutz, appeared at a hearing to show cause why sanctions should not be imposed for Plaintiff's failure to appear at the Early Neutral Evaluation Conference. For the reasons stated on the record, the Court finds it inappropriate to impose sanctions on Mr. Sayre.

**IT IS SO ORDERED.**

DATED: April 27, 2007

BARBARA L. MAJOR
United States Magistrate Judge

1  COPY TO:

2  HONORABLE NAPOLEON A. JONES, JR.
   U.S. DISTRICT JUDGE
3
   ALL COUNSEL