UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAYRE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Civil No. 07cv0274-J(BLM)<br><br>**ORDER FOLLOWING SETTLEMENT / CASE MANAGEMENT CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On <u>April 30, 2007</u> at <u>10:00 a.m.</u> the Court convened a Settlement / Case Management Conference in the above-entitled action. Appearing were Jennifer Lutz, Esq. and Paul Sayre on behalf of plaintiff and Kathryn Bernert and Irene Citron on behalf of defendants.

Settlement of the case could not be reached at the conference and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections

1  to initial disclosure will be resolved as required by Rule 26;

2      2.  The Rule 26(f) conference shall be completed on or
3  before **May 14, 2007**;

4      3.  A joint discovery plan shall be <u>lodged</u> with Magistrate
5  Judge Barbara L. Major on or before **May 21, 2007**;

6      4.  Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
7  occur on or before **June 1, 2007**; and,

8      5.  A Case Management Conference pursuant to Rule 16(b)
9  shall be held on **May 31, 2007** at **1:30 p.m.**, or as soon thereafter as
10  the Court's calendar will allow, with the chambers of Magistrate
11  Judge Major.  **Counsel shall appear telephonically.**  The Court will
12  initiate the conference call.

13      Parties are hereby warned that failure to comply with this
14  Order may result in the imposition of sanctions.  Additionally,
15  failure to respond to discovery requests or to comply with the
16  Federal Rules of Civil Procedure regarding discovery may result in
17  the imposition of sanctions including monetary sanctions,
18  evidentiary sanctions and the dismissal or default of your case.

19      **IT IS SO ORDERED.**

20  DATED:  May 1, 2007

21

22                  BARBARA L. MAJOR
                   United States Magistrate Judge

23

24

25  COPY TO:

26  HONORABLE NAPOLEON A. JONES, JR.
    UNITED STATES DISTRICT JUDGE
27
    ALL COUNSEL AND PARTIES
28