# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAYRE, | Case No. 07CV0274 J (BLM) |
| Plaintiff, | The Hon. Napoleon A. Jones, Jr. |
| v. | **ORDER GRANTING JOINT MOTION REGARDING CONFIDENTIALITY AGREEMENT [Doc. No. 20] AND ENTERING PROTECTIVE ORDER** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, JOSH TERREANAU, ROBERT KIPP, DOES 1 through 20, inclusive, | |
| Defendant. | |

On September 5, 2007, the parties filed a Joint Motion Regarding Confidentiality Agreement. Doc. No. 20. Good cause appearing, the joint motion is **GRANTED.**

1. Plaintiff shall produce all medical records in his possession that are related to treatment that he received at Kaiser Permanente and/or related entities;

2. Unless otherwise ordered by the Court, or agreed to in a written agreement signed by Plaintiff's counsel of record in this action, all such medical records shall be used only in preparation for and/or trial in this action, *Paul Sayre v. Government Employees Insurance Company, et al.*, United States District Court Southern District of California, Case No. 07 CV 0274 J BLM, and shall not be used for any other purpose whatsoever.

3. This Protective Order shall not preclude any party from moving the Court for other or further protective orders in the course of this litigation. The parties' Confidentiality Agreement

1   and this Protective Order are subject to amendment and modification by further written agreement
2   among counsel of record in this action.
3       **IT IS SO ORDERED.**
4
5   DATED: September 5, 2007 _____      /s/ Barbara L. Major
6       MAGISTRATE JUDGE OF UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
7
8
9   101033796.1

2

Case No. 07CV0274 J (BLM)
PROTECTIVE ORDER