# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAYRE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; JOSH TERREANAU; ROBERT KIPP; AND DOES 1 THROUGH 20, inclusive,<br><br>　　　　　Defendants. | Civil No. 07cv274-J (BLM)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |

Before the Court is attorney Jennifer B. Lutz's Ex Parte Application for an Order Shortening Time for Hearing on Motion to Be Relieved as Counsel. [Doc. No. 27.] Ms. Lutz states that the attorney-client relationship has deteriorated to the point where she can no longer represent Plaintiff Paul Sayre ("Plaintiff"). Ms. Lutz states that shortened notice is warranted because a Mandatory Settlement Conference has been scheduled for November 7, 2007, and Plaintiff will need to secure new counsel or acquaint himself with the proceedings in the event that the Court grants Ms. Lutz's Motion to Be Relieved as Counsel. Good cause being shown, the Court sets the following briefing schedule:

(1) Opposition briefs to Ms. Lutz's Motion to Be Relieved as Counsel shall be filed on or before ***October 3, 2007***.

(2) Ms. Lutz's Reply Brief shall be filed on or before ***October 9, 2007***.

(3)     A hearing on this matter will be held *October 15, 2007, at 9:00 a.m.*

**IT IS SO ORDERED**.

DATED:  September 26, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc:    Magistrate Judge Major
       All Parties